# Alissa Adkins

**From:** Alissa Adkins
**Sent:** Tuesday, February 19, 2013 5:05 PM
**To:** 'William Berry'
**Cc:** Joseph Unruh
**Subject:** Jones 2:12-CV-145

**Importance:** High

Re: Discovery in Jones 2:12-CV-145

Gail,

Please give me an update on the status of discovery responses, which were originally due December 17th. The discovery deadline is quickly approaching. I need to review Plaintiff's responses to determine if a deposition is necessary.
Thanks,

Alissa Anne Adkins
Assistant Nueces County Attorney
Chief of Litigation
901 Leopard, Rm. 207
Corpus Christi, TX 78401
(361) 888-0391
(361) 888-0577 fax
alissa.adkins@co.nueces.tx.us



THIS E-MAIL IS COVERED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C., SECTIONS 2510-2521, AND IS LEGALLY PRIVILEGED. UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS STRICTLY PROHIBITED. THIS E-MAIL MAY ALSO BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE OR THE ATTORNEY WORK PRODUCT DOCTRINE OR BE OTHERWISE CONFIDENTIAL. ANY DISSEMINATION, COPYING OR USE OF THIS E-MAIL BY OR TO ANYONE OTHER THAN THE DESIGNATED AND INTENDED RECIPIENT(S) IS UNAUTHORIZED. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE DELETE IT FROM YOUR SYSTEM IMMEDIATELY AND NOTIFY OUR OFFICE AT ONCE BY TELEPHONE AT (361) 888-0391. THANK YOU.

**Alissa Adkins**

**From:** Alissa Adkins
**Sent:** Monday, February 11, 2013 9:10 AM
**To:** 'William Berry'
**Subject:** RE: Trey Jones
**Attachments:** NC's RFP's to P.docx; NC's Roggs to P.docx

Attached.

**From:** William Berry [mailto:berrylaw@sbcglobal.net]
**Sent:** Saturday, February 09, 2013 7:17 PM
**To:** Alissa Adkins
**Subject:** Trey Jones

Could you send me your interrogatories and requests for production in the word processing program so we don't need to retype. Thanks, Gail

1

**Alissa Adkins**

**From:** Alissa Adkins
**Sent:** Monday, January 28, 2013 9:02 AM
**To:** 'William Berry'
**Subject:** RE: Jones v. Nueces County
**Attachments:** NC's RFP's to P.docx; NC's Roggs to P.docx

Attached. I'm not opposed to a longer extension if you want one.

**From:** William Berry [mailto:berrylaw@sbcglobal.net]
**Sent:** Sunday, January 27, 2013 2:44 PM
**To:** Alissa Adkins
**Subject:** Jones v. Nueces County

I see that our agreement was to respond by January 14, 2013. Could you send to me via e-mail the RFP and Interrogatories so I do not have to retype them. I will try to get them answered by Friday, February 1, 2013. Gail Dorn 815-5569.

1