IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **TREY JONES** | § | |
| **TDCJ # 01758843** | § | |
| | § | |
| v. | § | 2:12-CV-145 |
| | § | |
| **NUECES COUNTY, and** | § | |
| **NICHOLAS ORTEGA** | § | |

### STATEMENT OF INTENT REGARDING MEDIATION
### BY DEFENDANT NICOLAS ORTEGA

TO THE HONORABLE NELVA GONZALES RAMOS, UNITED STATES DISTRICT JUDGE:

COMES NOW Defendant Nicolas Ortega, and makes the following *Statement of Intent Regarding Mediation,* and respectfully shows:

1. Defendant Nicolas Ortega, is of the opinion that there is no liability for Defendant, making resolution of this lawsuit by alternative dispute resolution unlikely as to this Defendant. Further, he is of limited means and not in a position to make a settlement offer

2. Mediation also would not be productive because the Plaintiff is in prison and would be unable to attend.

                                                   Respectfully submitted,

                                                   /s/Richard W. Rogers, III
                                                   State Bar No. 17191200
                                                   Federal I.D. 4452
                                                   710 Buffalo Street, Suite 202
                                                   Corpus Christi, Texas  78401
                                                   TEL 361/888-7620
                                                   FAX 361/888-7619
                                                   Email: rwrogersiii@aol.com
                                                   Attorney for Defendant
                                                   Nicolas Ortega

## NOTICE OF ELECTRONIC FILING

      Undersigned counsel hereby certifies that he has submitted electronically for filing a true and correct copy of this document in accordance with the Electronic Case File System of the Southern District of Texas on this the 27th day of March, 2013.

                                          /s/Richard W. Rogers, III
                                          RICHARD W. ROGERS, III

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a true and correct copy of this document was served on:

Mr. William H. Berry, Jr.
Ms. Gail D.C. Dorn
Attorneys at Law
P.O. Box 23064
Corpus Christi, TX  78403
(electronically via CM/ECF)

Alissa Anne Adkins
Assistant Nueces County Attorney
Attorney for Defendants
Nueces County and Sheriff Kaelin
Chief of Litigation
901 Leopard, Room 207
Corpus Christi, Texas  78401
(electronically via CM/ECF)

on this the 27th day of March, 2013.

                                              /s/Richard W. Rogers, III
                                              RICHARD W. ROGERS, III