IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TREY JONES | § | |
| | § | |
| V. | § | |
| | § | CA NO. 2:12-CV-145 |
| NUECES COUNTY, TEXAS | § | JURY |
| JIM KAELIN, NUECES COUNTY | § | |
| SHERIFF'S DEPARTMENT, | § | |
| NICHOLAS ORTEGA, CHRISTUS | § | |
| SPOHN HEALTH SYSTEMS | § | |
| CORPORATION | § | |

## PARTIAL FINAL JUDGMENT

On this the 13th day of August, 2013, came on to be heard Defendant CHRISTUS Spohn Health Systems Corporation's Motion for Partial Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b). [D.E. 63] After reviewing the Motion, any responses, and the Court's October 12, 2012 Order [D.E. 44], the Court FINDS the Motion has merit and should, in all things, be GRANTED.

IT IS THEREFORE, ORDERED ADJUDGED AND DECREED THAT all claims and causes of action brought by Plaintiff Trey Jones against Defendant CHRISTUS Spohn Health System Corporation are hereby DISMISSED WITH PREJUDICE to the refiling of same.

Final Judgment is hereby ENTERED for Defendant CHRISTUS Spohn Health System Corporation against Plaintiff Trey Jones and it is ORDERED that Plaintiff Trey Jones take nothing by way of his suit against Defendant CHRISTUS Spohn Health System Corporation, pursuant to Rule 54 (b) of the Federal Rules of Civil Procedure. This judgment, while final as to Defendant CHRISTUS Spohn Health System Corporation, does not affect any other claims or parties remaining in this suit. This Court expressly determines that there is no just reason for

delay in entry of this Final Judgment as to Defendant CHRISTUS Spohn Health System Corporation. FED. R. CIV. P. 54 (b). This is a final judgment from which an appeal may issue.

8/13/13

_____
HONORABLE NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE