UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TREY JONES, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:12-CV-00145 |
| | § § | |
| NUECES COUNTY, TEXAS, *et al*, | § § | |
| Defendants. | § | |

## PARTIAL FINAL JUDGMENT

Pursuant to the Court's Orders (D.E. 21, 80 and ___), the Court enters Partial Final Judgment pursuant to Fed. R. Civ. P. 54(b) DISMISSING WITH PREJUDICE all claims and causes of action brought by Plaintiff Trey Jones against Defendant Nueces County, Texas.

It is ORDERED that Plaintiff take nothing by way of his suit against Defendant Nueces County, Texas;

This judgment, while final as to Defendant Nueces County, Texas, does not affect any other claims or parties remaining in this suit. This Court expressly determines that there is no just reason for delay in entry of this Final Judgment as to Defendant Nueces County, Texas. Fed. R. Civ. P. 54(b). This is a final judgment from which an appeal may issue.

ORDERED this 26th day of August, 2013.

*[signature]*