IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| TREY JONES | * |
| | *   C.A. No. 2:12-CV-145 |
| VS. | * |
| | *   Parties Agree to Magistrate Bench Trial |
| NICHOLAS ORTEGA, CHRISTUS | * |

## JUDGMENT ON DEFENDANT'S OFFER OF JUDGMENT AND PLAINTIFF'S ACCEPTANCE OF OFFER OF JUDGMENT

This action was commenced by due personal service of summons and complaint on the Defendant Nicholas Ortega on May 10, 2012. The additional named defendants, Nueces County and Christus Spohn Healthcare Systems, Inc. were previously dismissed.

Defendant Nicholas Ortega offered in writing to allow the Plaintiff to take judgment against Defendant Nicholas Ortega for Three Thousand and no/100 Dollars [$3,000.00], to include the filing fee cost accrued through the date of the offer. The offer does not include attorney fees or any court costs other than the initial filing fee.

The Plaintiff duly accepted Defendant Ortega's offer, in writing and within ten days from the date the offer was made or within the time agreed to by the parties. On agreement of the parties, it is hereby adjudged and decreed that Plaintiff Trey Jones recover from Defendant Nicholas Ortega Three Thousand and no/100 Dollars [$3,000.00], with the filing fee cost of Three Hundred Fifty and no/100 Dollars [$350.00] accrued at the time of the offer, making together the sum of Three Thousand Three Hundred Fifty and no/100 Dollars [$3,350.00], for which let execution issue if not timely

paid.

The filing fee cost and offer does not include recovery of attorney fees by Plaintiff Trey Jones against Defendant Nicholas Ortega and the offer does not include any court costs other than the initial filing fee.

The final judgment shall accrue pre-judgment and post judgment interest at the highest rate allowed by Texas law as applied to federal judgments.

Signed this _____ day of ___10/13/15___, 2015.

_____
Judge Presiding